**Order entered February 4, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-13-01419-CV

---

### IN THE INTEREST OF K.R.C. AND L.R.C., CHILDREN

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51917-2010**

---

## ORDER

Before the Court are appellee's January 16, 2014 motion to dismiss for lack of jurisdiction and appellant's January 30, 2014 unopposed motion to extend time to file brief. We **DENY** appellee's motion to dismiss. We **GRANT** appellant's extension motion and **ORDER** the brief be filed no later than March 3, 2014.


/s/     ELIZABETH LANG-MIERS
        JUSTICE